# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JULIET MBABAZI and KHALDOUN CHERDOUD,<br><br>**Plaintiffs/Relators,**<br><br>v.<br><br>WALGREEN CO.<br><br>**Defendant.** | Case No.: 2:19-cv-02192-NIQA |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Relators Juliet Mbabazi and Khaldoun Cherdoud and Defendant Walgreen Co. stipulate that any and all claims asserted by Relator against Walgreen Co. shall be dismissed WITH PREJUDICE as to Relators and WITHOUT PREJUDICE as to the United States of America.

| | |
|---|---|
| PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP<br><br>*/s/ Jeremy E. Abay*<br>Jeremy E. Abay (PA I.D. # 316730)<br>1818 Market Street, Suite 3402<br>Philadelphia, Pennsylvania 19103<br>Tel: 215-988-1462<br>Fax: 267-754-5195<br><br>*Attorneys for Relators Juliet Mbabazi and Khaldoun Cherdoud* | MORGAN, LEWIS & BOCKIUS LLP<br><br>*/s/ Ryan P. McCarthy*<br>Eric W. Sitarchuk (PA I.D. # 39082)<br>Ryan P. McCarthy (PA I.D. # 206961)<br>Timothy J. Geverd (PA I.D. # 324802)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: 215-963-5000<br>Fax: 215-963-5001<br><br>Latiera J. Rayford (*admitted pro hac vice*)<br>77 West Wacker Drive<br>Chicago, IL 60601<br>Tel: 312-324-1481<br>Fax: 312-324-1001<br>latiera.rayford@morganlewis.com<br><br>*Attorneys for Defendant Walgreen Co.* |